# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

**U.S.A. vs. Frankie Darnell Green**　　　　　　　　　　　　　　　**Docket No. 7:06-CR-102-4D**

## Petition for Action on Probation

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment of Frankie Darnell Green, who, upon an earlier plea of guilty to 18 U.S.C. §287, False, Fictitious, or Fraudulent Claims, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on August 8, 2007, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Additionally, the defendant was ordered to pay a $100 special assessment and $2,000 restitution. Payments were established by the court at $50 per month.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant's term of probation is scheduled to expire on August 7, 2008, and he still has a restitution balance of $1,500. Green reports that he should be in able to pay off the balance within the next few months. In an effort to collect the restitution balance in full, we are recommending that the term of probation be extended for 12 months. If he is able to pay off the balance within a few months as anticipated, we will recommend that the remaining period be terminated.

The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended 12 months from the expiration date of August 7, 2008, until August 7, 2009.

Frankie Darnell Green
Docket No. 7:06-CR-102-4D
Petition For Action
Page 2

    Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,   I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

/s/ Eddie J. Smith
Eddie J. Smith
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: July 14, 2008

## ORDER OF COURT

Considered and ordered this 22 day of July, 2008, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge